In the Matter of MOE GOLDSTEIN, an Attorney, Respondent.— Application for reargument in the above-entitled matter having been made on behalf of Moe Goldstein, respondent, the motion is granted and matter set down for argument on Tuesday, January 11, 1927, and respondent is directed to give immediate notice to the Bar Association of Broome county by serving a copy of the moving papers and of this order upon the president of the association. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER BENDER, Alias ALBERT WILSON, Respondent, v. WILLIAM HUNT, Agent and Warden of Great Meadow Prison at Comstock, New York, Appellant.— Order reversed on the law and writ dismissed, and relator remanded to the custody of the defendant. All concur. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

DALE CARPENTER, Appellant, v. BENJAMIN F. WITBECK, Respondent.— Judgment affirmed, with costs. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; Davis, J., dissents and votes for reversal on the grounds that the defendant signed and put in circulation spurious interim certificates of indebtedness not obligations of the corporation. The plaintiff became an innocent purchaser for value of one of these certificates and sustained loss. He may recover from the defendant for the latter's breach of legal duty. (*Downey* v. *Finucane*, 205 N. Y. 251; *McClure* v. *Central Trust Co.*, 165 id. 108; *Glanzer* v. *Shepard*, 233 id. 236; *Bowerman* v. *Hamner*, 250 U. S. 504; *Second National Bk.* v. *Curtiss*, 2 App. Div. 508; affd., 153 N. Y. 681; *Miller* v. *Reynolds*, 92 Hun, 400; *Keeler* v. *Seaman*, 47 Misc. 292.) The court disapproves the facts found in the plaintiff's tenth proposed finding of fact and second proposed conclusion of law.

OLTARSH ENGINEERING CO., INC., Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 17764.) — Judgment modified by reducing the amount thereof to the sum of $4,157.34, with interest, and as so modified unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JOSEPH R. HUTTON, Respondent, v. WILLIAM HOLLENBECK, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

PERCY P. COWANS and Others, Respondents, v. TICONDEROGA PULP AND PAPER COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of FRANK GOBLE, Appellant, against PORT JERVIS WATER WORKS COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.